## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Dennis J Stemper<br><br><br><br>Debtor. | Case # 22-14002-LAH<br><br>Chapter 7<br><br>Honorable LaShonda A. Hunt<br><br>Set for April 14, 2023 at 9:15 a.m. |

### NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on April 14, 2023, at 9:15 a.m., I will appear before the Honorable LaShonda A. Hunt, or any judge sitting in that judge's place, **either** in courtroom 719  of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present **TRUSTEE'S MOTION TO AMEND ORDER ON MOTION TO EMPLOY REAL ESTATE BROKER AND TO SHORTEN NOTICE** , a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is  161 165 5696  , and the passcode is  7490911  . The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

        Respectfully submitted,

        Cindy M. Johnson, not individually but as
        Chapter 7 Trustee of Dennis J Stemper,

        /s/   Carleen L Cignetto
            Attorney for Cindy M. Johnson
            Chapter 7 Trustee

Cindy M. Johnson
Carleen L Cignetto
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306

## CERTIFICATE OF SERVICE

    I, Carleen L Cignetto, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on April 4, 2023.

        /s/ Carleen L. Cignetto

## SERVICE LIST

**Electronic Mail Notice List**

- **David Freydin**   david.freydin@freydinlaw.com, vincent@freydinlaw.com
- **Cindy M. Johnson**   cmjtrustee@jnlegal.net, ecf.alert+Johnson@titlexi.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov

**Manual Notice List**

**US Mail**
Dennis J Stemper
157 Oakwood Drive
Bolingbrook, IL  60440

BMO Harris Bank N.A., c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Dennis J. Stemper<br><br>Debtor | Case # 22-14002<br><br>Chapter 7<br><br>Honorable LaShonda A. Hunt<br><br>Set for April 14, 2023 at 9:15 a.m. |

### TRUSTEE'S MOTION TO AMEND ORDER FOR MOTION TO EMPLOY REAL ESTATE BROKER AND SHORTEN NOTICE

Cindy M. Johnson (the "Trustee") not individually but as Chapter 7 Trustee of (the "Debtor"), by her attorneys, states the following as *Trustee's Motion to Amend Order For Motion to Employ Real Estate Broker and Shorten Notice* ("Motion"):

### JURISDICTION

1. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334.

2. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409. Consideration of the motion is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (M) and (O).

3. On December 4, 2022, the Debtor filed a voluntary petition for relief under chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

4. The matter was subsequently converted to a Chapter 7 of the Bankruptcy Code on February 17, 2023.

5. Cindy M. Johnson ("Trustee") is the duly appointed and qualified. Chapter 7 Trustee.

6. 157 Oakwood Drive, Bolingbrook, IL 60440 is an asset of the Bankruptcy Estate ("Real Property").

7. On April 3, 2023, this Court entered an order authorizing the Trustee to employ Kim Wirtz and Century 21-Affiliated-Lockport to market and sell the Real Property. [DKT 36] ("Order")

8.      The Order provides for the employment of Kim Wirtz and Century 21-Affiliated-Lockport to market and sell 6104 Winterhaven Dr, Joliet, IL 60431 which is the wrong address.  Said address is not an asset of this Bankruptcy Estate.

9.      Trustee is seeking to Amend the Order entered April 3, 2023 [DKT 36] to reflect the correct address 157 Oakwood Dr., Bolingbrook, IL 60440.

WHEREFORE, Trustee requests this Court enter an order.

A.   Amending the Order entered on April 3, 2023 [DKT 36] to reflect the correct address to be marketed as 157 Oakwood Dr., Bolingbrook, IL 60440 and

B.  Grating the Trustee any and all further relief the Court deems just.

Respectfully submitted,

Cindy M. Johnson, not individually but as
Chapter 7 Trustee of Dennis J. Stemper,

/s/    Carleen L. Cignetto
Attorney for Cindy M. Johnson
Chapter 7 Trustee

Cindy M. Johnson
Carleen L. Cignetto
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois 60603
(312) 345-1306