# Fidelity National Title Company
13246 South Route 59, Suite 101 A, Plainfield, IL 60585
Phone: 815-230-6440

## MASTER STATEMENT

| | |
|---|---|
| **Settlement Date:** June 16, 2023 | **Escrow Number:** WJ23008220 |
| **Disbursement Date:** June 16, 2023 | **Escrow Officer:** Stacy R Bolz |
| | **Email:** Stacy.Bolz@fnf.com |

**Buyer:** Saroosh Ahmed
　　　　　IL

**Seller:** Cindy M. Johnson as Bankruptcy Trustee of the Bankruptcy Estate of Dennis J. Stemper 22-14002
157 Oakwood Dr
Bolingbrook, IL 60440

**Property:** 157 Oakwood Dr
Bolingbrook, IL 60440
Parcel ID(s): 02-15-101-031

| SELLER DEBITS | SELLER CREDITS | | BUYER DEBITS | BUYER CREDITS |
|---:|---:|---|---:|---:|
| | | **FINANCIAL CONSIDERATION** | | |
| | 210,100.00 | Sale Price of Property | 210,100.00 | |
| | | Deposit or earnest money Retained by Century 21 Circle ($5,000.00) | | 5,000.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | |
| 2,526.08 | | County Taxes 01/01/23 to 06/16/23 | | 2,526.08 |
| | | **TITLE & ESCROW CHARGES** | | |
| 150.00 | | Title - Commitment Update Fee to Fidelity National Title Company, LLC | | |
| | | Title - CPL Fee to Buyer to Fidelity National Title Insurance Company | 25.00 | |
| 50.00 | | Title - CPL Fee to Seller to Fidelity National Title Insurance Company | | |
| 100.00 | | Title - Delinquent Tax Processing Fee to Fidelity National Title Company, LLC | | |
| 850.00 | | Title - Escrow Fees - Borrower to Fidelity National Title Company | 850.00 | |
| 50.00 | | Title - Overnight Delivery & Handling to Fidelity National Title Company | 50.00 | |
| | | Title - Policy Update Fee to Fidelity National Title Company, LLC | 150.00 | |
| | | Title - Recording Service Fee to Fidelity National Title Company, LLC | 25.00 | |
| 3.00 | | Title - State of Illinois Policy Registration Fee to Fidelity National Title Company, LLC | | |
| 50.00 | | Title - Tax Paying Agent Fees to Fidelity National Title Company, LLC | | |
| 50.00 | | Title - Wire Transfer Service Fee to Fidelity National Title Company | 50.00 | |
| 700.00 | | Title - Owner's Title Insurance | | |
| | | Policies to be issued: Owners Policy Coverage: $210,100.00　Premium: $700.00 Version: ALTA Owner's Policy 2006 | | |
| | | **GOVERNMENT CHARGES** | | |
| | | Recording Fees to Fidelity National Title Company, LLC | 51.00 | |
| 1,576.00 | | City Transfer Tax to Kim Wirtz Real Estate Group | | |
| 105.25 | | County Transfer Tax ($105.25) to Fidelity National Title Company, LLC | | |
| 210.50 | | State Transfer Tax to Fidelity National Title Company, LLC | | |
| | | **MISCELLANEOUS CHARGES** | | |
| 5,521.08 | | 2022 1st + Penalty and 2nd Installment RE Taxes to Will County Treasurer | | |
| 37.00 | | Clerk Fee to Will County Clerk | | |
| 20,543.46 | | Redemption 2018 - 2021 Taxes to Will County | | |

| SELLER | | | | BUYER | |
|---|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | | $ DEBITS | $ CREDITS |
| | | MISCELLANEOUS CHARGES | | | |
| | | Treasurer | | | |
| 5,601.50 | | Commission to Century 21 Circle | | | |
| 4,903.50 | | Commission to Real People Realty | | | |
| 106.91 | | Village of Bolingbrook - Refuse Bill to Kim Wirtz Real Estate Group | | | |
| 43,134.28 | 210,100.00 | **Subtotals** | | 211,301.00 | 7,526.08 |
| | | **Balance Due FROM Buyer** | | | 203,774.92 |
| 166,965.72 | | **Balance Due TO Seller** | | | |
| 210,100.00 | 210,100.00 | **TOTALS** | | 211,301.00 | 211,301.00 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:                                                     BUYER:

Cindy M. Johnson as Bankruptcy Trustee of the
Bankruptcy Estate of Dennis J. Stemper 22-14002             Saroosh Ahmed

BY: _Arleen L. Cezzotta, POA_

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_Stacy Bell_

Fidelity National Title Company
Settlement Agent